IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **Ann Smith**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **New Jersey Education Association**, et al., <br><br> Defendants. | Case No. 1:18-cv-10381-RMB-AMD <br><br> Motion Date: October 1, 2018 |

## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs Melissa Poulson, Michael Sandberg, and Leonardo Santiago respectfully move for a preliminary injunction against the enforcement of the first and third sentences in the second paragraph of N.J. Rev. Stat. § 52:14-15.9e (2013), as amended by section 6 of the "Workplace Democracy Enhancement Act," also known as A.3686.

The plaintiffs also seek a preliminary injunction against the payroll deduction of union dues from public employees who have not knowingly and freely consented to such payments since the Supreme Court's ruling in *Janus v. American Federation of State, County, & Municipal Employees, Council 31*, 138 S. Ct. 2448 (2018).

The plaintiffs are seeking injunctive relief only against the state officials and public employers that they have sued, and not the union defendants. The attached memorandum of law sets forth our reasoning and authorities.

|  |  |
|---|---|
|  | Respectfully submitted. |
|  | /s/ Walter S. Zimolong |
| JONATHAN F. MITCHELL * | WALTER S. ZIMOLONG |
| Mitchell Law PLLC | Zimolong LLC |
| 106 East Sixth Street, Suite 900 | P.O. Box 552 |
| Austin, Texas 78701 | Villanova, PA 19085 |
| (512) 686-3940 (phone) | (215) 665-0842 |
| (512) 686-3941 (fax) | wally@zimolonglaw.com |
| jonathan@mitchell.law |  |
|  |  |
| * admitted *pro hac vice* |  |
|  | *Counsel for Plaintiffs and* |
| Dated: August 28, 2018 | *the Proposed Class* |

# CERTIFICATE OF SERVICE

I certify that on August 28, 2018, I served this document by CM/ECF upon:

Flavio L. Komuves
Robert A. Fagella
Zazzali, Fagella, Nowak, Kleinbaum & Friedman
570 Broad Street, Suite 1402
Newark, New Jersey 07102
(973) 623-1822
fkomuves@zazzali-law.com
rfagella@zazzali-law.com

John West
Leon Dayan
Jacob Karabell
Adam Bellotti
Bredhoff & Kaiser PLLC
805 15th Street NW
Washington, D.C. 20005
(202) 842-2600
jwest@bredhoff.com
ldayan@bredhoff.com
jkarabell@bredhoff.com
ldayan@bredhoff.com

*Counsel for the Union Defendants*

Eric Harrington
National Education Association
1201 16th Street NW
Washington, D.C. 20036-3290
(202) 822-7018
eharrington@nea.org

*Counsel for the National Education Association*

Frank P. Cavallo Jr.
Andrew W. Li
Parker McCay P.A.
9000 Midlantic Drive, Suite 300
P.O. Box 5054
Mount Laurel, New Jersey 08054
(856) 596-8900
fcavallo@parkermccay.com
ali@parkermccay.com

*Counsel for the Clearview Board of Education*

Brett E.J. Gorman
Parker McCay P.A.
9000 Midlantic Drive, Suite 300
P.O. Box 5054
Mount Laurel, New Jersey 08054
(856) 596-8900
bgorman@parkermccay.com

*Counsel for the Harrison Township Board of Education*

Jeffrey R. Caccese
Comegno Law Group P.C.
521 Pleasant Valley Avenue
Morristown, New Jersey 08057
(856) 234-4144
jcaccese@comegnolaw.com

*Counsel for the Kingsway Regional School District Board of Education*

BETH N. SHORE
DONNA S. ARONS
Office of the Attorney General
Department of Law & Public Safety
25 Market Street
Trenton, New Jersey 08608
(609) 633-1972
beth.shore@law.njoag.gov
donna.arons@dol.lps.tate.nj.us

*Counsel for the State Defendants*

CHRISTINE LUCARELLI
DON HOROWITZ
New Jersey Public Employment
Relations Commission
P.O. Box 429
Trenton, New Jersey 08625-0429
(609) 292-9830
mail@perc.state.nj.us

*Counsel for the PERC Defendants*

/s/ Walter S. Zimolong
WALTER S. ZIMOLONG
*Counsel for Plaintiff and Proposed Class*