PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

## State of New Jersey
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 112
TRENTON, NJ 08625-0112

GURBIR S. GREWAL
*Attorney General*

MICHELLE L. MILLER
*Director*

October 15, 2018

**VIA ECF**
Hon. Renee Marie Bumb, U.S.D.J.
United States District Court, District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Streets
Camden, NJ 08101

    Re:  Smith v. NJEA, et al.
           Docket No. 1:18-cv-10381 (RMB/KMW)

Dear Judge Bumb:

    As you know, this office represents State Defendant Governor Phil Murphy in the above-referenced matter. The State Defendant's responses to the crossclaims raised by Defendants the Clearview Regional High School District Board of Education ("Clearview") and the Harrison Township Board of Education ("Harrison") are due on October 19, 2018, the same day as the State Defendant's reply brief in further support of his Motion to Dismiss.

    In light of this and the October 30, 2018 hearing on Plaintiffs' Motion for a Preliminary Injunction, Plaintiffs' Motion for Class Certification, and Defendants' Motions to Dismiss, I am writing to request a two-week extension of time for the State Defendant to respond to Clearview and Harrison's crossclaims. If Your Honor grants this request, the State Defendant's responses will be due on November 2, 2018. Andrew W. Li, counsel for Clearview and Harrison, has graciously consented to this extension of time.

    Thank you for your kind consideration of this request.

                        Respectfully submitted,

                        GURBIR S. GREWAL
                        ATTORNEY GENERAL OF NEW JERSEY

        By:    /s/ Beth N. Shore
                    Beth N. Shore
                    Deputy Attorney General



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 376-2563 • FAX: (609) 943-5853
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*