

# COMEGNO
## LAW GROUP, P.C.

JEFFREY R. CACCESE, ESQUIRE
MEMBER NJ AND PA BARS

521 PLEASANT VALLEY AVENUE
MOORESTOWN, NJ 08057
888.313.4332
856.234.4114
856.234.4262 FAX
COMEGNOLAW.COM

October 18, 2018

**VIA ELECTRONIC FILING**
Honorable Renee M. Bumb, U.S.D.J.
United States District Court, District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Streets
Camden, New Jersey 08101

RE:     **Smith v. NJEA, et al**
          **Case No:  1:18cv10381 (RMB/KMW)**

Dear Judge Bumb:

This firm represents Kingsway Regional School District Board of Education (hereinafter "Kingsway") in the above-captioned matter. In that regard, Kingsway's co-defendants in this case, Clearview Regional School District Board of Education (hereinafter "Clearview") and the Harrison Township Board of Education (hereinafter "Harrison") filed cross-claims ostensibly against all co-defendants in this case, which would be due October 19, 2018. While there is no reason to believe that the cross-claims could apply to Kingsway, in an abundance of caution and understanding that there is a hearing regarding the Motion for Preliminary Injunction and Defendant's Motion to Dismiss scheduled for October 30, 2018, Kingsway is seeking a two (2) week extension to file a responsive pleading. If the request is granted, Kingsway's response would be due on November 2, 2018. Counsel for both Clearview and Harrison, Andrew Li, has consented to Kingsway's request for this extension of time.

Thank you for your considerations in this regard.

Very truly yours,

COMEGNO LAW GROUP, P.C.

By: _____
          JEFFREY R. CACCESE, ESQUIRE

JRC/lrf
CC:     All Counsel (via ECF notification)
          Jason Schimpf, Business Administrator (via email)