UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Nos. 19-3914 and 19-3995

_____

SUSAN G. FISCHER; JEANETTE SPECK,
on behalf of themselves and others similarly situated,

Appellants in Case No. 19-3914

v.

GOVERNOR OF NEW JERSEY; NEW JERSEY EDUCATION ASSOCIATION;
TOWNSHIP OF OCEAN EDUCATION ASSOCIATION

_____

ANN SMITH; KARL HEDENBERG; MELISSA POULSON;
MICHAEL SANDBERG; LEONARDO SANTIAGO; and RACHEL CURCIO,
on behalf of themselves and others similarly situated,

Appellants in Case No. 19-3995

v.

NEW JERSEY EDUCATION ASSOCIATION; CLEARVIEW EDUCATION
ASSOCIATION; HARRISON TOWNSHIP EDUCATION ASSOCIATION;
KINGSWAY EDUCATION ASSOCIATION, as representatives of the
class of all chapters and affiliates of the New Jersey Education Association;
NATIONAL EDUCATION ASSOCIATION;
CLEARVIEW REGIONAL HIGH SCHOOL DISTRICT BOARD OF EDUCATION;
HARRISON TOWNSHIP BOARD OF EDUCATION;
KINGSWAY REGIONAL SCHOOL DISTRICT BOARD OF EDUCATION,
as representatives of the class of all school boards in New Jersey;
GOVERNOR OF NEW JERSEY;
JOEL M. WEISBLATT; PAUL BOUDREAU; PAULA B. VOOS; JOHN BONANNI;
DAVID JONES, in their official capacities as chairman and members of the New Jersey
Public Employment Relations Commission

_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

(D.C. Nos.: 1-18-cv-10381 and 1-18-cv-15628)
District Judge: Hon. Renee M. Bumb

———————

Argued September 30, 2020

———————

Before: SHWARTZ, PHIPPS, and FISHER, Circuit Judges.

———————

JUDGMENT

———————

This cause came on to be heard on the record before the United States District Court for the District of New Jersey and was argued on September 30, 2020.

On consideration whereof, it is ORDERED and ADJUDGED by this Court that the orders of the District Court entered on November 27, 2019, is hereby AFFIRMED. Costs taxed against Appellant. All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: January 15, 2021